Martin Fults, as Administrator, etc., Appellant, v. The New York Central Railroad Company, Respondent.— Judgment and order reversed, with costs, verdict of jury reinstated, and judgment directed thereon for

plaintiff, with costs. All concurred, except Foote, J., who dissented; Hubbs, J., not sitting.